HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Nitetek Licensing LLC<br><br>               Plaintiff,<br><br>  vs.<br><br>Meter Group, Inc.<br><br>               Defendant. | CIVIL ACTION NO. 2:22-cv-1522<br><br>**ORDER GRANTING JOINT MOTION TO RE-NOTE AND SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to the Joint Motion to Re-Note and Set Briefing Schedule on Defendant's Motion for Judgement on the Pleadings, and after review and consideration thereof, the joint motion is GRANTED.

The following agreed-upon dates shall be entered as follows:

| | |
|---|---|
| Re-note Defendant's Motion for Judgment on the Pleadings (Dkt. 17) | February 24, 2023 |
| Plaintiff's Response to Motion for Judgment on the Pleadings | February 14, 2023 |
| Defendant's Reply in Support of Motion for Judgment on the Pleadings | February 24, 2023 |

DATED this 25th day of January, 2023

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

Order- 1
2:22-cv-1522

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Presented By:

| | |
|---|---|
| MANN LAW GROUP PLLC | DORSEY & WHITNEY LLP |

s/Philip Mann

PHILIP P. MANN WSBA #28860
**MANN LAW GROUP PLLC**
403 Madison Ave. N. Ste. 240
Bainbridge Island, Washington 98110
Telephone: (206) 436-0900
Email: phil@mannlawgroup.com

JENNIFER ISHIMOTO (*pro hac vice* forthcoming)
**BANIE & ISHIMOTO LLP**
2100 Geng Road, Suite 210
Palo Alto, California 94303
Telephone: (408) 981-9472
Email: ishimoto@banishlaw.com

Attorneys for Nitetek Licensing LLC

s/Erin Kolter

ERIN KOLTER WSBA #53365
**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 903-2390
Facsimile: (206) 903-8820
Email: kolter.erin@dorsey.com

Attorneys for Meter Group, Inc.

Order- 2
2:22-cv-1522

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated this 25th day of January, 2023.

*s/Erin Kolter*
Erin Kolter

Order- 3
2:22-cv-1522

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820